Form a0nprfcl

**United States Bankruptcy Court**
**Southern District of Ohio**
**221 East Fourth Street, Suite 800**
**Cincinnati, OH 45202–4133**

---

In Re:  Shannon A Daulton
       Paula K Daulton
           Debtor(s)

SSN/TAX ID:
    xxx–xx–8697
    xxx–xx–2659

Case No.: 1:10–bk–11009

Chapter: 13

Judge: J. Vincent Aug Jr.

---

### NOTICE OF FILING OF PROOF OF CLAIM

To: Frank M. Hurdle

Pursuant to Bankruptcy Rule 3004, you are notified that the debtor(s) or Trustee filed a proof of claim on your behalf in the above referenced case.

The proof of claim is available for inspection in the Clerk's Office:

        United States Bankruptcy Court
        Southern District of Ohio
        221 East Fourth Street, Suite 800
        Cincinnati, OH 45202–4133

This proof of claim is referred to as claim # 19

Dated: October 29, 2010

                FOR THE COURT:
                Kenneth Jordan
                Clerk, U.S. Bankruptcy Court