UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-11009 |
| | | CHAPTER 13 |
| SHANNON A DAULTON | | |
| PAULA K DAULTON | : | JUDGE J. VINCENT AUG |
|     DEBTORS | | |
| | : | NOTICE OF AMENDED CLAIM AMOUNT |

    Now comes the Chapter 13 Trustee, Margaret A. Burks, and gives Notice of her intention to pay the following claim(s) in the amounts set forth below, pursuant to 11 U.S.C. § 502. The following claim(s) are AMENDED as set forth below.

| Name & Address of Creditor | Amended Claim Amount | Percentage Allowed | Classification |
|---|---|---|---|
| FRANK HURDLE<br>P.O. BOX 189<br>HOLLY SPRINGS, MS  38635 | $12,000.00 | 100.00% | SECURED CREDITOR<br>Claim No. 3 |
| FRANK HURDLE<br>P.O. BOX 189<br>HOLLY SPRINGS, MS  38635 | $6,675.89 | 2.00% | UNSECURED CREDITOR<br>Claim No. 10,003 |

Total Claim Amount: $18,675.89    Total Balance Due: $10,889.48

    The Trustee has examined the claim(s) and unless there is a written objection filed with the Bankruptcy Court within thirty (30) days of the date of service of this Notice, the AMENDED CLAIM AMOUNT WILL REMAIN AS FILED.

    **Any objection to a claim must be filed pursuant to LBR 3007-1. File an objection to the CLAIM, not to the Notice.**

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 16, 2011.

                                              /s/    Margaret A. Burks, Esq.
                                                        Margaret A. Burks, Esq.

GREGORY M. WETHERALL, ESQ.
4030 MT. CARMEL-TOBASCO
SUITE 122
CINCINNATI, OH  45255

OFFICE OF THE U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202

SHANNON A DAULTON
PAULA K DAULTON
9097 FERN BAIRD ROAD
RUSSELLVILLE, OH  45168

FRANK HURDLE
P.O. BOX 189
HOLLY SPRINGS, MS
38635

FRANK HURDLE
P.O. BOX 189
HOLLY SPRINGS, MS
38635